IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

GLENN LENNON and
THELMA LENNON                                                                                    PLAINTIFFS

V.                                                                             CAUSE NO. 1:11CV452-LG-JMR

NATIONWIDE PROPERTY AND
CASUALTY INSURANCE COMPANY
and JOHN DOES A, B, C, D and E                                                         DEFENDANTS

## JUDGMENT

This matter having come on to be heard on the Motion for Summary Judgment [26] filed by Defendant Nationwide Property and Casualty Insurance Company, the Court, after a full review and consideration of the Motion, the pleadings on file and the relevant legal authority, finds that in accordance with the Memorandum Opinion and Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of Defendant. This case is hereby **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED AND ADJUDGED** the pursuant to Fed. R. Civ. P. 54(d), the Defendant is awarded costs.

**SO ORDERED AND ADJUDGED** this the 13th day of February, 2013.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE